UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 11, 2009

The New York City District Council of Carpenters
Pension Fund, et al.,

        Plaintiffs,

- against -

Metropolitan Architectural Woodwork LLC,

        Defendant.
------------------------------------------------------------X

09 Civ. 06225 (PAC)
**CONSOLIDATION ORDER**

Metropolitan Architectural Woodwork LLC,

        Plaintiff,

- against -

The New York City District Council of Carpenters
Pension Fund, et al.,

        Defendants.
------------------------------------------------------------X

09 Civ. 07251 (PAC)
**CONSOLIDATION ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

In light of the pretrial conference held on Tuesday, October 6, 2009, it is ORDERED, that the above-captioned actions are consolidated for all purposes. The Clerk of the Court is directed to designate 09 Civ 06225 as the lead case, and terminate 09 Civ. 7251 (PAC).

Dated: New York, New York
     *Nunc Pro Tunc*:
     October 6, 2009

SO ORDERED

/s/ Paul A. Crotty
PAUL A. CROTTY
United States District Judge

1