## O'DWYER & BERNSTIEN, LLP
ATTORNEYS AT LAW
PAUL O'DWYER WAY



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 23 AUG 2010

August 19, 2010

Application GRANTED, and the PTC is adjourned to 12/1/10 at 2:30pm in Courtroom 20-C.

SO ORDERED:

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**VIA FACSIMILE**
Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  The New York City District Council of Carpenters Pension Fund, et al., v. Metropolitan Architectural Woodwork LLC, Docket No. 09 CIV-6225 (PAC)

Dear Judge Crotty:

We represent the plaintiffs in the above-referenced matter. This letter is written on behalf of all parties to jointly request an extension of the discovery deadline, and an adjournment of the pre-trial conference. This is the fifth request for an extension. The current discovery deadline is August 27, 2010, and the pre-trial conference is currently scheduled for September 14, 2010.

For the past several months, the parties were actively working towards settlement. As recently as the first week of this month, the parties had reached a settlement in principal and were awaiting finalization of the settlement papers. However, defendant has advised that because it is currently working to resolve other matters which affect its ability to enter into and comply with the terms of the settlement agreement, it cannot enter into the settlement agreement at this time.

While the parties will continue to attempt to reach a settlement, it is clear that discovery, which had been delayed pending settlement negotiations, must proceed expeditiously. Plaintiffs have responded to defendant's discovery requests. To date, defendants have not answered plaintiffs' Initial Set of Interrogatories, responded to plaintiffs' Initial Request for the Production of Documents, or produced their Initial Disclosures.

Counsel for all parties jointly request that the discovery deadline be extended to November 12, 2010, and that the pre-trial conference be adjourned to anytime on November 23, 2010.

**MEMO ENDORSED**

Hon. Paul A. Crotty
August 19, 2010
Page 2

Thank you for your consideration of this request.

Respectfully submitted,

*[signature]*

Joy K. Mele

JKM:mt
Cc:    Joseph Turzi, Esq. (via facsimile)