UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3 0 NOV 2010
```

---------------------------------- x
THE NEW YORK CITY DISTRICT COUNCIL OF :
CARPENTERS PENSION FUND, NEW YORK CITY :
DISTRICT COUNCIL OF CARPENTERS WELFARE :
FUND, et al.                          :      No. 09-CV-6225-PAC
                                      :      No. 09-CV-7251-PAC
              Plaintiffs,             :
                                      :      + Order
                                      :      JOINT STIPULATION OF
      -against-                       :      SETTLEMENT AND DISMISSAL
                                      :
METROPOLITAN ARCHITECTURAL            :
WOODWORK, LLC                         :
                                      :
              Defendant.              :
---------------------------------- x

In accordance with this Court's Order dated November 12, 2010, the Parties hereby jointly stipulate that all disputes in the above-referenced actions have been settled and, therefore, the parties respectfully request that the above-referenced actions be dismissed with prejudice and without an award of costs to any party.

Dated: November 29, 2010

By:____/s/_____          By:___/s/_____
     Gary P. Rothman                    Paolo Morante, Esq.,

**O'Dwyer Bernstein, LLP**         **DLA Piper LLP (US)**
Paul O'Dwyer Way                   1251 Avenue of the Americas, 27th Floor
52 Duane Street                    New York, New York 10020-1104
New York, NY 10007                 (212) 335-4500 (telephone)
(212) 571-7100 (telephone)         (212) 335-4501 (facsimile)
(212) 571-7124 (facsimile)         paolo.morante@dlapiper.com (e-mail)
grothman@odblaw.com (e-mail)
                                   *Attorneys for Defendant Metropolitan*
*Attorneys for Plaintiffs New York City*   *Architectural Woodwork, LLC*
*District Council of Carpenters, et al.*

SO ORDERED this 30th day of November, 2010.

/s/ Paul A. Crotty
Paul A. Crotty
United States District Judge